MARGUERITE TALUNAS, Appellant, v. RAYMOND A. WALSH et al., Defendants, and PETER GLANZROCK et al., Respondents. (Action No. 1.) HELEN JACAPRARO, Plaintiff, v. JILL SERVICE CO., INC., Respondent, et al., Defendants. (Action No. 2.) — Order consolidating actions for personal injuries involving the same issues of law and fact, and requiring the same proof as to the cause of the injuries and liability therefor, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ., concur.

DOROTHEA VOSBURGH, Respondent, v. CITY OF YONKERS, Appellant.— Action to recover damages for personal injuries resulting from plaintiff's fall on a sidewalk, which fall was caused by plaintiff's heel being caught in an alleged defect in the sidewalk. Judgment for the plaintiff unanimously affirmed, with costs. (*Leach* v. *Town of Eastchester*, 290 N. Y. 619; *Loughran* v. *City of New York*, 298 N. Y. 320.) Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

### (January 24, 1949.)

In the Matter of the APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE NINTH JUDICIAL DISTRICT.— Pursuant to the provisions of rule 1 of the Rules of Civil Practice, Earl Hawley, a practicing lawyer residing in the city of Poughkeepsie, County of Dutchess, New York, is hereby appointed a member of the Committee on Character and Fitness of applicants for admission to the Bar in and for the Ninth Judicial District, in place of William A. Mulvey, deceased; such appointment to take effect on January 24, 1949, and to continue during the pleasure of the court. Present — Nolan, P. J., Carswell, Johnston, Adel, Sneed, Wenzel and MacCrate, JJ.

HARRY ADLER, Respondent, v. TULLY & DI NAPOLI, INC., Appellant, and NICHOLAS ASCENZO et al., Partners Doing Business under the Name of ASCENZO & SONS.— Motion of defendant-appellant Tully & Di Napoli, Inc., for leave to appeal to the Court of Appeals denied. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *ante*, p. 1001.]

ADOLPH APTON, Appellant, v. BARCLAYS BANK, LIMITED, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *ante*, p. 935.]

GERARD C. GIGNOUX et al., Respondents, v. VILLAGE OF KINGS POINT, Appellant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *ante*, p. 1003.]

HELLER & HENRETIG, INC., Appellant, v. 3620–168TH STREET, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *ante*, p. 1007.]

In the Matter of LEONARD LITTLE, Respondent, against JOHN C. YOUNG, as Chief Building Inspector of the Town of Hempstead, Appellant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *ante*, p. 1005.]

In the Matter of the Application of MAXWELL ROSS, a Suspended Attorney, for Readmission to the Bar.— Motion for reinstatement to practice as an attorney and counselor at law granted. Present — Johnston, Acting P. J., Adel, Sneed and Wenzel, JJ.; MacCrate, J., not voting.